

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2020

No. 04-20-00019-CV

**IN THE INTEREST OF L.M.S.**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI06224
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The clerk's record was originally due February 10, 2020, but was not filed. On February 12, 2020, the district clerk filed a notification of late record, stating that the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

We therefore **ORDER** that appellant provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee **by February 24, 2020**. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court